HENRY H. LIEM (131124)
LAW OFFICES OF HENRY H. LIEM, P.C.
447 N. FIRST STREET, SUITE A
SAN JOSE, CA  95112
TEL: (408) 283-0183
FAX: (408) 283-0123

Attorney for Plaintiffs
CU PHAM and CALVIN HUYNH

McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone:  (916) 554-2702
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CU PHAM and CALVIN HUYNH, | Case No. 2:20-cv-00122-JAM-KJN |
| Plaintiffs, | **STIPULATION AND ORDER FOR CONTINUING DEFENDANT'S RESPONSE TO THE COMPLAINT AND THE PARTIES' JOINT STATUS (PRETRIAL SCHEDULING) REPORT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | E.D. Cal. Local Rule 144(a) |
| | Current Deadline:     May 12, 2020 |
| | Proposed Deadline:   June 9, 2020 |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the deadline for responding to the Complaint and filing the Joint Status (Pretrial Scheduling) Report shall be continued from May 12 to June 9, 2020.  The reasons for this Stipulation are as follows:

1.      Plaintiffs Cu Pham and Calvin Huynh filed this action on January 16, 2020, and effected service of process on Defendant United States of America on March 13, 2020.

2.      The deadline for responding to the Complaint and filing the Joint Status (Pretrial Scheduling) Report is May 12, 2020.  *See* Fed. R. Civ. P. 12(a)(2); ECF 3, at 2.

3.      The parties met and conferred and are in the process of obtaining and exchanging documents in furtherance of productive settlement discussions.

4.      The parties believe there is a high likelihood of resolving this case within the next few weeks, during which time the parties expect to receive and exchange a small number of additional records relevant to Plaintiffs' alleged damages.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

5.      There is good cause to continue Defendant's response to the Complaint and the parties'

deadline to file the Joint Status (Pretrial Scheduling) Report from May 12 to June 9, 2020, because the

parties' efforts toward settlement during this time may likely resolve the case and obviate the need for

the parties and the Court to expend further time and resources on this matter.

Dated: May 4, 2020                                      McGREGOR W. SCOTT
                                                        United States Attorney

                                            By:    /s/  Joseph B. Frueh
                                                   JOSEPH B. FRUEH
                                                   Assistant United States Attorney

                                                   Attorneys for Defendant
                                                   UNITED STATES OF AMERICA


Dated: May 4, 2020                                      LAW OFFICES OF HENRY H. LIEM, P.C.

                                            By:    /s/  Henry H. Liem          (authorized 5/4/2020)
                                                   HENRY H. LIEM

                                                   Attorneys for Plaintiffs
                                                   CU PHAM and CALVIN HUYNH



**IT IS SO ORDERED**

Dated:  5/5/2020                                   /s/ John A. Mendez
                                                   HON. JOHN A. MENDEZ
                                                   United States District Court Judge